IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROGERS GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:25-cv-1210 |
| MICHAEL REED, REED ALABAMA, INC., and REED MAINTENANCE SERVICES, INC., | ) District Judge Campbell ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF BRYCETON FLACK

I, Bryceton Flack, having personal knowledge of the facts contained in this Declaration and being competent to testify to them, hereby state under oath as follows:

1. I am making this Declaration of my own free will and accord. I am over eighteen (18) years of age and am competent to make this Declaration.

2. I am currently the Operations Manager of Reed Maintenance, Services Inc. ("Reed Maintenance").

3. I was previously a salesman of Reed Maintenance before being promoted to Operations Manager in early 2025.

4. Before and after March 2021, Reed Maintenance has provided dumpsters and portable toilets to construction sites, and also hauled small amounts of crushed rock to those same sites (much of which was purchased from Rogers Group, Inc. ("Rogers Group")).

5. Reed Maintenance has also provided approximately 20 "roll-off" dumpsters and 25 portable toilets monthly to Rogers Group from 2021 to the present. Additionally, before and after 2021, Reed Maintenance has hauled "sludge" at several papermills, including at the Essity tissue plant located in Barton, Alabama, the Courtland, Alabama paper mill, and a West-Rock papermill

in Stevenson, Alabama (although Reed Maintenance later lost its contract to perform this work in November 2022).

6. Reed Maintenance has a long-standing relationship with the Huntsville Solid Waste Disposal Authority of which Rogers Group was aware. Reed Maintenance has provided equipment operators and laborers to be present at the municipal landfill on a daily basis. Reed Maintenance also hauls daily to the landfill over ten loads of steam plant ash, as well as waste associated with its portable dumpster business.

7. In February 2025, the Huntsville Solid Waste Disposal Authority contacted Reed Maintenance to request a bid for waste transfer services at the municipal landfill for the City of Huntsville. The project was described as excavation and relocation of waste within the cells of the landfill. However, the bidding process was cancelled by the Huntsville Solid Waste Disposal Authority for the project, and Reed Maintenance did not submit a bid.

8. Reed Maintenance did however obtain a primary contract in March 2025 from the Huntsville Solid Waste Disposal Authority for lease hauling sandstone material to the municipal landfill for the City of Huntsville. Based on this contract, Reed Maintenance decided to attempt to expand its hauling operations.

9. I am aware that in approximately February 2025, Mr. Reed met with the trucking foreman for Rogers Group, Bobby Sims, about Reed Maintenance purchasing additional trucks and serving as a lease hauler for Rogers Group. Mr. Sims stated that Rogers Group would utilize Reed Maintenance as a lease hauler on its projects should Reed Maintenance obtain the trucks.

10. I am aware that Mr. Reed called Mr. Sims after purchasing the additional trucks. I also called him to inform him that Reed Maintenance was able to work as a lease hauler for Rogers Group. After not receiving a call to perform work, I later saw Mr. Sims at a restaurant and had a

conversation with Mr. Sims where Matt Farley, Rogers Group's Trucking Supervisor, was also present. Mr. Sims again stated that Rogers Group would utilize Reed Maintenance's drivers and trucks as lease haulers, but he has not called me for any jobs.

11. Lease-hauling is common in the construction industry, particularly involving crushed rock and site preparation, as independent companies with dump trucks will work with general contractors to provide temporary assistance at any job site where needed. Drivers are told to be at a quarry or jobsite at a certain time, and will haul dirt or other material to a specified location. There are no set contracts, and the work is performed day-to-day, depending on the needs of the general contractor. The company providing trucks as a lease-hauler does not dictate prices, as there is an established rate for such work in the Huntsville area.

12. Reed Maintenance was contacted on or about March 2025 about performing lease-hauling work for Grayson Carter and Son Contractor ("Grayson Carter"), another general contractor in the construction industry in the North Alabama area.

13. The Operations Manager of B&K Contracting told me in December 2024 that it had purchased crushed rock for a project at the Redstone Arsenal. Mr. Reed and I subsequently met with John Monroe, a Senior Sales Representative for Rogers Group in the Huntsville area, and asked if he was aware of the project (which he was not). We proposed that Reed Maintenance could buy rock from Rogers Group and haul it for such future projects that came to its attention—which would benefit both companies. Mr. Monroe agreed and sent me quotes for rock pricing in December 2024 shortly after this meeting.

14. In or around May 2025, Mr. Monroe and his supervisor contacted Mr. Reed and I and took us to lunch to discuss Reed Maintenance purchasing rock from Rogers Group if Reed

3

Maintenance was approached about jobs to haul stone. Mr. Monroe sent me an updated quote for rock pricing at this time.

15. In July 2025, I called Mr. Monroe and told him that Reed Maintenance had been approached about hauling 4,000 tons of rock for two projects for Lee Builders (the Hobbs Island and Hazel Green High School projects). Mr. Monroe provided an updated quote on July 17, 2025, and Reed Maintenance bought the rock for the project from Rogers Group on both occasions, even though there was another quarry closer to the Hazel Green project.

16. Reed Maintenance did not register to be a prequalified contractor for the Alabama DOT in order to perform any road construction jobs and has not bid on any projects with the Alabama Department of Transportation ("Alabama DOT"). Reed Maintenance obtained this qualification in order to bid on demolition work for the Alabama DOT.

17. Regarding the new gymnasium at Brindlee Mountain High School, myself, along with Mr. Reed's children, were alumni of this local school located approximately three miles from Reed Maintenance's corporate headquarters in Union Grove (pop. 76).

18. In August 2025, I asked Mr. Pettit to submit a bid for the site work for the building of a new gymnasium after receiving public notice that bids were being received. This was a relatively small project and I was unaware that Rogers Group was bidding on the project. I did not discuss the submission of a bid with Mr. Reed, and Reed Maintenance's bid was not accepted. After the contract was awarded, Reed Maintenance did offer to provide dumpsters and portable restrooms for the general contractor that won the bid for the Brindlee Mountain High School job.

19. I have not contacted a Rogers Group employee about a potential position, and am not aware of any other Rogers Group employees that were directly hired (other than Nick Pettit)

by Reed Maintenance. Reed Maintenance has declined to consider any resume of a Rogers Group employee received through Indeed.

20. Reed Maintenance has stopped all lease-hauling of limestone and asphalt products out of an abundance of caution and is not performing any construction services until this case concludes. As a result, Reed Maintenance has laid off six truck drivers and its estimator Nick Pettit, has shifted the vast majority of its trucks to the waste hauling services at the Essity tissue plant in West Alabama, and is only hauling sandstone and sand products for non-contractors such as the Huntsville Waste Disposal Authority and a landscaping supply business. Reed Maintenance has also stopped performing any work hauling for residential home builders.

21. I have not made any disparaging comments about Rogers Group or the work that Rogers Group performs at any time, and I have not heard Mr. Reed make any disparaging comments. I have also not solicited any clients of Rogers Group to do business with Reed Maintenance, rather than Rogers Group.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing declaration is true and correct.

Dated this 5th day of November, 2025.

_____
Bryceton Flack

# CERTIFICATE OF SERVICE

       I hereby certify that on the 5th day of November, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Cason M. Kirby*
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
cason.kirby@hklaw.com
*Pro Hac Vice

Paul S. Davidson
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@hklaw.com

*Counsel for Plaintiff*

                                                  /s/ Robert W. Horton

48770068.3

6
Case 3:25-cv-01210    Document 18-2    Filed 11/05/25    Page 6 of 6 PageID #: 206