# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **ROGERS GROUP, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL REED, REED ALABAMA,** )<br>**INC., and REED MAINTENANCE** )<br>**SERVICES, INC.,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 3:25-cv-1210**<br>**District Judge Campbell** |

## BUSINESS ENTITY DISCLOSURE STATEMENT

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by Reed Alabama, Inc. The filer acknowledges its continuing obligation to update and supplement this statement.

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of _____ with a principal place of business in the state of ____. **N/A.**

2. This party or intervenor is a privately held corporation, incorporated in the state of **Alabama** with a principal place of business in the state of **Alabama**. Ten percent (10%) or more of this corporation is owned by (list below all ownership interested of 10% or more):

   - Michael Reed (60%).
   - Connie Reed (40%).

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

   _____ Yes   __**X**__ No

   If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

   _____

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

   **X**   Yes           No

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

1) Reed Maintenance Services, Inc. (under common control). Reed Maintenance does not own any stock or ownership interests in Reed Alabama.
2) Reed Management & Equipment, Inc. (under common control). Reed Management & Equipment, Inc. does not own any stock or ownership interests in Reed Alabama.
3) Reeds' LLC (under common control). Reeds' LLC does not own any stock or ownership interests in Reed Alabama.
4) Reed Leasing, LLC (under common control). Reed Leasing, LLC does not own any stock or ownership interests in Reed Alabama.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

      Yes   **X**   No

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

_____
_____.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

_____
_____.

**Provide any additional pertinent information on attached page(s).**

Dated this 5th day of November, 2025.

>Respectfully submitted,
>
>*/s/ Robert W. Horton*
>Robert W. Horton (TN BPR# 017417)
>James T. Snodgrass (TN BPR# 036212)
>Hunter K. Yoches (TN BPR# 036267)
>Bass, Berry & Sims PLC
>21 Platform Way South, Suite 3500
>Nashville, TN 37203
>Telephone: (615) 742-6200
>bhorton@bassberry.com
>jimmy.snodgrass@bassberry.com
>hunter.yoches@bassberry.com
>
>*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of November, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Cason M. Kirby*
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
cason.kirby@hklaw.com
*Pro Hac Vice*

Paul S. Davidson
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
paul.davidson@hklaw.com

*Counsel for Plaintiff*

                                                    /s/ Robert W. Horton

48759700.2