# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROGERS GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 3:25-cv-01210-WJC-AEN |
| MICHAEL REED, REED ) | |
| ALABAMA, INC., and REED ) | JURY DEMAND |
| MAINTENANCE SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STATEMENT REGARDING CASE MANAGEMENT AND EARLY MEDIATION AND [PROPOSED] AGREED ORDER

This joint statement and proposed Agreed Order is respectfully submitted by the parties pursuant to the Court's Order dated November 6, 2025 (Doc. No. 26). The parties met and conferred in person on November 12, 2025, and they report that they have reached agreement on the matters set forth below regarding case management and a process leading to early mediation.

1. **Initial Disclosures**. By December 2, 2025, each party shall exchange initial disclosures.

2. **Discovery and Mediation Process.** The parties have agreed that this matter is suitable for early mediation and are currently in discussions regarding a discovery process specifically designed to facilitate mediation. By November 21, 2025, the parties will attempt to reach agreement upon the scope of discovery that will facilitate the mediation process as well as any other discovery that should proceed prior to mediation. Counsel will confer and agree upon a schedule for the service of and responses to written discovery, as well as for the scheduling of depositions.

3. **Interim Relief.** Pending further Order of this Court, or otherwise by agreement of the parties submitted to the Court in the form of a Proposed Agreed Order, defendants are enjoined from engaging in the business or from facilitating others engaging in the business of (a) mining and quarrying stone, rock, gravel and aggregates (including sand), and other miscellaneous materials, (b) providing heavy construction services (including grading, site preparation, road construction, and underground utility construction and installation), (c) producing, selling and installing asphalt and paving products, and providing related services, and (d) all lease-hauling of limestone products and engaging in the provision of any other services beyond (i) waste services (which includes industrial waste management, dumpsters, portable toilets, the delivery of limited amounts of crushed rock to construction sites to assist in the provision of waste management services, and the

hauling of sludge and other waste management services provided to papermills and tissue plants, including dropping gravel on the parking lot); and (ii) the selling and the hauling of sandstone and sand products for non-contractors, such as landscape businesses and brick masons. This interim relief, which is agreed upon by the Parties, is entered without prejudice to any rights of the Parties in this case. It is not intended to be an admission or determination of a breach of any of the respective agreements set forth in Plaintiff's Complaint.

4. **Selection of Mediator and Mediation Dates.** The parties will engage a mediator to mediate this matter no later than December 17, 2025. To provide adequate preparation and to accommodate the schedules of all participants, the parties, together with the mediator, will set aside two days prior to March 15, 2026 for the mediation.

5. **Ongoing Cooperation and Discovery.** In the interim, all parties will cooperate in the agreed-upon discovery process and in discussions regarding the process, logistics, and issues involved in the mediation.

6. **Status Report.** The parties will report back to the Court regarding the status of mediation by March 15, 2026.

This Joint Statement is accepted by the Court and the Agreed Order is GRANTED.

It is so **ORDERED**.

/s/
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Submitted and Approved for Entry:

/s/ Paul S. Davidson
Paul S. Davidson (TN BPR #011789)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel.: (615) 850-8942
paul.davidson@hklaw.com

Cason M. Kirby*
HOLLAND & KNIGHT LLP
1901 Sixth Avenue North, Suite 1400
Birmingham, Alabama 35203
Tel.: (205) 226-5706
cason.kirby@hklaw.com

*Counsel for Plaintiff Rogers Group, Inc.*

* *Pro Hac Vice* application forthcoming

/s/ Robert W. Horton
Robert W. Horton (TN BPR# 017417)
James T. Snodgrass (TN BPR# 036212)
Hunter K. Yoches (TN BPR# 036267)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Tel.: (615) 742-6200
bhorton@bassberry.com
jimmy.snodgrass@bassberry.com
hunter.yoches@bassberry.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 17th day of November, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

  Robert W. Horton (TN BPR# 017417)
  James T. Snodgrass (TN BPR# 036212)
  Hunter K. Yoches (TN BPR# 036267)
  BASS, BERRY & SIMS PLC
  21 Platform Way South, Suite 3500
  Nashville, TN 37203
  bhorton@bassberry.com
  jimmy.snodgrass@bassberry.com
  hunter.yoches@bassberry.com

            */s/ Paul S. Davidson*
            Of Counsel